# IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0632

---

IN THE MATTER OF:

M.D.F. and C.R.F.,

Youths in Need of Care.

---

## ORDER

---

Upon consideration of Counsel's motion to withdraw as counsel of record, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Appellant Father in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender's Office.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to the Appellant Father at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 27 2022